UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMY LEE BONDS ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:10-0295 |
| ] | Judge Trauger |
| JAMES FORTNER, WARDEN, et al. ] | |
|     Respondents. ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's application (Docket Entry No.1) for habeas corpus relief. Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                            Aleta A. Trauger
                                            United States District Judge